# EXHIBIT K

# DEFENDANT DIAMONDBACK E&P LLC'S
# WRITTEN CONSENT TO REMOVAL

Defendant Diamondback E&P LLC has received a courtesy copy of Defendant Pilot Travel Centers LLC's Notice of Removal to remove Cause No. 21-07-24042-CVR, a pending state court action before the 143rd Judicial District, to the United States District Court for the Western District of Texas. Defendant Diamondback E&P LLC has been properly joined and served in the state court action. **DEFENDANT DIAMONDBACK E&P LLC HEREBY CONSENTS TO REMOVING THIS CASE TO FEDERAL COURT**.

By consenting to the removal of this action, Diamondback E&P LLC does not waive any defenses available to it and does not admit any of the allegations in Plaintiffs' pleadings.

|  |  |
|---|---|
| **SIGNED:** | **HALL MAINES LUGRIN, P.C.** |
|  | /s/ *Tim Redden Jr.* |
|  | M. Matt Jett |
|  | SBN 24068684 |
|  | Tim Redden Jr. |
|  | SBN 24099654 |
|  | Aaron E. Koenck |
|  | SBN 24116632 |
|  | 2800 Post Oak Avenue, Suite 6400 |
|  | Houston, Texas 77056 |
|  | Phone: 713-871-9000 |
|  | Fax: 713-871-8962 |
|  | mjett@hallmaineslugrin.com |
|  | tredden@hallmaineslugrin.com |
|  | akoenck@hallmaineslugrin.com |
|  |  |
|  | John "Jad" Davis |
|  | SBN: 05511400 |
|  | Davis, Gerald & Cremer, P.C. |
|  | 400 W. Illinois, Suite 1400 |
|  | Midland, TX 79701 |
|  | 432-686-5113 (direct) |
|  | jadavis@dgclaw.com |
|  |  |
|  | **ATTORNEYS FOR DEFENDANT DIAMONDBACK E&P LLC** |