# EXHIBIT L



# Notice of Service of Process

null / ALL
Transmittal Number: 23523806
Date Processed: 07/22/2021

| | |
|---|---|
| **Primary Contact:** | Deanna Lowther<br>Diamondback Energy<br>515 Central Park Drive<br>Suite 500<br>Oklahoma City, OK 73105-1704 |

| | |
|---|---|
| **Entity:** | Diamondback E&P LLC<br>Entity ID Number 3078288 |
| **Entity Served:** | Diamondback E&P LLC |
| **Title of Action:** | Jeff Springman vs. Diamondback E&P LLC |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Reeves County District Court, TX |
| **Case/Reference No:** | 21-07-24042-CVR |
| **Jurisdiction Served:** | Texas |
| **Date Served on CSC:** | 07/22/2021 |
| **Answer or Appearance Due:** | 10:00 am Monday next following the expiration of 20 days after service |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| **Sender Information:** | Kern A. Lewis<br>817-276-6000 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com



# Notice of Service of Process

null / ALL
Transmittal Number: 23599034
Date Processed: 08/06/2021

| | |
|---|---|
| Primary Contact: | Deanna Lowther<br>Diamondback Energy<br>515 Central Park Drive<br>Suite 500<br>Oklahoma City, OK 73105-1704 |

| | |
|---|---|
| Entity: | Diamondback E&P LLC<br>Entity ID Number 3078288 |
| Entity Served: | Diamondback E&P LLC |
| Title of Action: | Jeff Springman vs. Diamondback E&P LLC |
| Document(s) Type: | Amended Complaint/Petition |
| Nature of Action: | Personal Injury |
| Court/Agency: | Reeves County District Court, TX |
| Case/Reference No: | 21-07-24042-CVR |
| Jurisdiction Served: | Texas |
| Date Served on CSC: | 08/06/2021 |
| Answer or Appearance Due: | Other/NA |
| Originally Served On: | CSC |
| How Served: | Certified Mail |
| Sender Information: | Kern A. Lewis<br>817-276-6000 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com